JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREE IRVIN FERRELL, JR., <br><br> Petitioner, <br><br> v. <br><br> BILL LOCKYER, Attorney General, <br><br> Respondent. | Case No. CV 06-1819-JFW (JCR) <br><br> JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus be dismissed with prejudice.

DATED: 1/16/08

JOHN F. WALTER
United States District Judge